IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ROBERT GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>H. SOULE, et al.,<br><br>    Defendants.<br>_____ | No. C 07-0438 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Docket No. 32)** |

    GOOD CAUSE APPEARING, the request of defendants for an extension of time to file an opposition to plaintiff's motion for summary judgment is hereby GRANTED. Defendants shall file an opposition no later than **July 9, 2009**. Plaintiff shall file a reply to defendants's opposition within **twenty** days of the date such opposition is filed.

    This order terminates Docket No. 32.

    IT IS SO ORDERED.

DATED: May 29, 2009

_____
MAXINE M. CHESNEY
United States District Judge