IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ROBERT GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H. SOULE, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 07-0438 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE COMBINED MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Docket No. 45)** |

　　　　GOOD CAUSE APPEARING, the request of defendants for an extension of time to and including **August 21, 2009** to file a combined motion for summary judgment and opposition to plaintiff's motion for summary judgment is hereby GRANTED. Plaintiff's opposition to defendants' motion for summary judgment and reply to defendants's opposition are due within **thirty** days of the date such papers are filed. Defendants <u>shall</u> file a reply to plaintiff's opposition within **twenty** days of the date such opposition is filed.

　　　　This order terminates Docket No. 45.

　　　　IT IS SO ORDERED.

DATED: July 8, 2009

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　United States District Judge