IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ROBERT GARCIA,<br><br>            Plaintiff,<br><br>  v.<br><br>H. SOULE, et al.,<br><br>            Defendants.<br>_____ | No. C 07-0438 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY**<br><br>**(Docket No. 64)** |

      GOOD CAUSE APPEARING, the request of defendants for an extension of time to and including **October 16, 2009** to file a reply to plaintiff's opposition to defendants' motion for summary judgment is hereby GRANTED.

      This order terminates Docket No. 64.

      IT IS SO ORDERED.

DATED: October 6, 2009

_____
MAXINE M. CHESNEY
United States District Judge