IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY ROBERT GARCIA, | ) | No. C 07-0438 MMC (PR) |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANTS'** |
| v. | ) | **REQUEST FOR EXTENSION OF TIME TO FILE REPLY** |
| H. SOULE, et al., | ) | **(Docket No. 64)** |
| Defendants. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, the request of defendants for an extension of time to and including **October 16, 2009** to file a reply to plaintiff's opposition to defendants' motion for summary judgment is hereby GRANTED.

This order terminates Docket No. 64.

IT IS SO ORDERED.

DATED: October 6, 2009

_____
MAXINE M. CHESNEY
United States District Judge