IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNY ROBERT GARCIA,

        Plaintiff,

  v.

H. SOULE, et al.,

        Defendants.

No. CV-07-0438 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. Plaintiff's motion for summary judgment is hereby DENIED.

    2. Defendants' motion to file a brief in excess of twenty-five pages is hereby GRANTED.

    3. Defendants' motion for summary judgment is hereby GRANTED, and judgment shall be entered in favor of each of the defendants.

    4. Plaintiff's motions to compel discovery are hereby DENIED.

Dated: February 26, 2010

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk